UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

CASE NO.: 16-01089-5-DMW
CHAPTER 13

IN RE:
GREGORY WILLIAM BECVAR
CYNTHIA ANN BECVAR
213 SWANSBORO DRIVE
CARY, NC 27519

DEBTORS

## AMENDED
## TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby objects to confirmation of the proposed plan and moves the Court to dismiss the above-referenced case for the reason(s) set forth below:

1. Unsecured Debt exceeds the limit set forth under §109(e).

2. The Debtors have failed to provide Bank of America bank statements and Bank of America credit card statements covering the petition date (March 2, 2016) through April 4, 2016, as requested by the Trustee at the § 341 Meeting.

Based upon the foregoing, **and such other cause as may become apparent or arise between the date of this Motion and the date of any hearing hereon, of which the Trustee will advise counsel prior to the hearing, there is cause to dismiss this case under §1307(c).**

**The Debtors are hereby notified** that unless a written response and request for hearing (if a hearing is desired) is filed with the Court within **twenty-one (21) days** of this Motion, the Court may summarily dismiss this case without further notice.

DATED: May 26, 2016

*/s/ John F. Logan*
JOHN F. LOGAN
NC BAR NO. 12473
CHAPTER 13 TRUSTEE
P.O. BOX 61039
RALEIGH, NC 27661-1039
TELEPHONE: (919) 876-1355

<u>**CERTIFICATION OF SERVICE**</u>

    This is to certify that a copy of the foregoing Amended Trustee's Objection To Confirmation And Motion To Dismiss was served on the Debtors and the Attorney for the Debtors at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED: May 26, 2016

                                                                                */s/Nancy Burton*
                                                                                Case Adminstrator

**COPIES FURNISHED TO:**

<u>DEBTORS</u>
GREGORY WILLIAM BECVAR
CYNTHIA ANN BECVAR
213 SWANSBORO DRIVE
CARY, NC 27519

<u>ATTORNEY FOR DEBTORS</u>
TRAVIS SASSER
LAW OFFICE OF TRAVIS SASSER
2000 REGENCY PARKWAY, SUITE 230
CARY, NC 27518