**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

| | |
|---|---|
| GREGORY WILLIAM BECVAR, | CASE NO. 16-01089-5-DMW |
| CYNTHIA ANN BECVAR, | CHAPTER 13 |

     DEBTORS

## DEBTORS' RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND AMENDED MOTION TO DISMISS

     **NOW COME** the debtors, by and through their undersigned counsel, and respond to the Motion to Dismiss (Doc 13) and Amended Motion to Dismiss (Doc 14) filed by the Chapter 13 Trustee and show that they believe they have provided all of the bank statements and credit card statements requested by the Trustee. They are willing to provide further statements if specifically requested. Additionally, the debtors intend to object to several claims in their case, and if successful, the debtors believe their case will comply with the debt limits of § 109(e).

     **WHEREFORE**, the debtors pray the Court that the Trustee's Motion and Amended Motion to Dismiss be denied, that a hearing be set in this matter, and for such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: June 13, 2016. | /s/ Travis Sasser |
| | Travis Sasser, State Bar No. 26707 |
| | 2000 Regency Parkway, Suite 230 |
| | Cary, NC 27518 |
| | Tel: 919.319.7400; Fax: 919.657.7400 |
| | tsasser@carybankruptcy.com |

## CERTIFICATE OF SERVICE

     This is to certify that the a copy of the foregoing Response to Trustee's Motion to Dismiss was served on the Chapter 13 Trustee at the last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

Chapter 13 Trustee, *Served Electronically*

Gregory and Cynthia Becvar, 213 Swansboro Drive, Cary, NC 27519

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: June 13, 2016. | /s/ Travis Sasser |
| | Travis Sasser, State Bar No. 26707 |